1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 10 | JOSE SOTO, | )   NO. CV 07-4048 DOC (FFM) |
| 11 |              Petitioner, | )   ORDER ADOPTING FINDINGS, |
| 12 |     v. | )   CONCLUSIONS AND<br>)   RECOMMENDATIONS OF |
| 13 | K. CLARK, Warden, | )   UNITED STATES MAGISTRATE JUDGE<br>) |
| 14 |              Respondent. | ) |

15
16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records
17 and files herein, and the Report and Recommendation of the United States Magistrate
18 Judge.  The Court concurs with and adopts the findings, conclusions and
19 recommendations of the Magistrate Judge.
20        IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition
21 on the merits with prejudice.
22
23 DATED:  March 31, 2011
24
25                                                    David O. Carter
26                                          _____
27                                                    DAVID O. CARTER
28                                             United States District Judge