UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOSE SOTO,                            )   NO. CV 07-4048 DOC (FFM)
                                      )
                    Petitioner,       )
                                      )   JUDGMENT
         v.                           )
                                      )
K. CLARK, Warden,                     )
                                      )
                    Respondent.       )
_____ )

         Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

United States Magistrate Judge,

         IT IS ADJUDGED that the Petition is dismissed with prejudice.


DATED: March 31, 2011


                                          _____
                                              DAVID O. CARTER
                                              United States District Judge